No. 01A62 (00–10589). DANTAS *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 1st Cir. Application for protective order, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. 00–1630. KANTH *v.* KANTH, *ante,* p. 929;

No. 00–1644. LANGFELDT ET AL. *v.* GENESIS MEDICAL CENTER, *ante,* p. 930;

No. 00–1659. ALLISON ET UX. *v.* UNITED STATES ET AL., *ante,* p. 916;

No. 00–1690. STURGEON *v.* BENTON ET AL., *ante,* p. 951;

No. 00–1694. CAMOSCIO *v.* MASSACHUSETTS, *ante,* p. 951;

No. 00–5961. TYLER *v.* CAIN, WARDEN, *ante,* p. 656;

No. 00–7786. SALDANA *v.* UNITED STATES, *ante,* p. 952;

No. 00–7973. RUBIS *v.* UNITED STATES, 532 U. S. 1023;

No. 00–8444. FIELDS *v.* CLARK ET AL., 532 U. S. 977;

No. 00–8471. LANIER *v.* UNITED STATES, *ante,* p. 904;

No. 00–8483. SALDANA *v.* UNITED STATES, *ante,* p. 952;

No. 00–8602. LASTER *v.* GEARIN, WARDEN, 532 U. S. 996;

No. 00–8992. CADOREE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 532 U. S. 1040;

No. 00–9208. UNDERKOFLER *v.* COMMUNITY HEALTH CARE PLAN, INC., 532 U. S. 1055;

No. 00–9212. FARRIS *v.* POPPELL, WARDEN, ET AL., 532 U. S. 1069;

No. 00–9219. HARRIS *v.* UNITED STATES, *ante,* p. 953;

No. 00–9433. CONNER *v.* HEAD, WARDEN, *ante,* p. 932;

No. 00–9444. PADILLA *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 532 U. S. 1071;

No. 00–9451. ANDRADE *v.* CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD, *ante,* p. 919;

No. 00–9454. BOYER *v.* UNITED STATES, *ante,* p. 907;

No. 00–9523. HOSS *v.* JACKSON, WARDEN, *ante,* p. 933;

No. 00–9613. BLACKWELL *v.* HOHN, AKA HAUN, *ante,* p. 935;

No. 00–9627. LOFTEN *v.* TEXAS, *ante,* p. 935;

No. 00–9638. PEOPLES *v.* MICHIGAN, *ante,* p. 954;

No. 00–9652. KUHN *v.* WISCONSIN, *ante,* p. 954;

No. 00–9659. IN RE WALKER, *ante,* p. 948;

No. 00–9669. ESPOSITO *v.* GEORGIA, *ante,* p. 935;

No. 00–9691. WOGOMAN v. ABRAMAJTYS, WARDEN, *ante*, p. 955;

No. 00–9703. FLEMING v. CRANE, *ante*, p. 921;

No. 00–9710. FILIPOS v. FILIPOS, *ante*, p. 955;

No. 00–9778. BROWN v. UNITED STATES, *ante*, p. 908;

No. 00–9821. GREEN v. SCHLTGEN, WARDEN, *ante*, p. 956;

No. 00–9854. WALSH v. UNITED STATES, *ante*, p. 936;

No. 00–9872. LYND v. TURPIN, WARDEN, *ante*, p. 921;

No. 00–9897. GLEE v. ASHCROFT, ATTORNEY GENERAL, ET AL., *ante*, p. 957;

No. 00–9938. MARRERO v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 957;

No. 00–10018. BARNES v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS, *ante*, p. 958;

No. 00–10023. MCMILLAN v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, *ante*, p. 937;

No. 00–10027. MCKINNEY v. UNITED STATES, *ante*, p. 937;

No. 00–10066. WATTS v. ARKANSAS, *ante*, p. 958;

No. 00–10103. DOWDY v. UNITED STATES, *ante*, p. 939;

No. 00–10213. BROWN v. UNITED STATES, *ante*, p. 960; and

No. 00–10241. ADAMS v. UNITED STATES, *ante*, p. 961. Petitions for rehearing denied.

No. 00–8634. RAMOS-CARTAGENA v. UNITED STATES, 532 U. S. 1066. Motion for leave to file petition for rehearing denied.

AUGUST 30, 2001

No. 01–6047 (01A177). IN RE FRYE. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

No. 00–9543. HALE v. DEPARTMENT OF JUSTICE ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.